Brill *v.* Meek.

BRILL, Respondent, *vs.* MEEK, Appellant.

1. After an appeal has once been granted, the power of the inferior court over the subject is exhausted. If the appeal is dismissed, or if from any cause the party loses the benefit of it, he cannot take another appeal, but must resort to his writ of error.

*Appeal from Weston Court of Common Pleas.*

A judgment was rendered for Brill below, in November, 1853, and Meek took an appeal to the Supreme Court, where it was dismissed because not prosecuted. In February, 1854,

Meek again appeared before the court below, and filed a new bond and prayed another appeal, which was granted.

*Hall* and *Vories*, for defendant, now moved to dismiss the second appeal, on the ground that only one appeal could be allowed, even within the year; as otherwise the respondent might be harassed by successive appeals, and subjected to great trouble and expense.

*Gardenhire*, for appellant. If an appeal is dismissed, the penalty is the payment of costs. This is sufficient to protect the respondent from oppression. This court must be open to the appellant " one year," and a certain remedy afforded for the injury of which he complains. A dismissed appeal is like a judgment of nonsuit.

SCOTT, Judge. When an appeal has once been granted, the power over the subject is *functus officio* and cannot be exercised a second time. This has been the uniform practice. After a party, from any cause, has lost the benefit of his appeal, he is driven to his writ of error. The appeal is dismissed, Judge Ryland concurring; Judge Leonard not upon the bench.